*Law Office of*
**JOHN L. MACCARONE, P.C.**
**PISTILLI METRO CENTER**
70 Glen Street, Suite 330
Glen Cove, NY 11542
Tel: 516-674-6782 • Fax: 516-801-0143
johnmacclaw@gmail.com

Kevin P. Maccarone, Esq.
kevmaclaw@gmail.com

Richard J. Maccarone, Esq.
Richmaclaw@gmail.com

Paralegal
Bruce A. Testa

November 11, 2024

VIA ECF
Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Lebron-Lopez adv. County of Nassau etal
Docket No. 2:24-CV-01905 (JMA) (LGD)

Dear Judge Dunst:

As you are aware this office represents Mr. LeBron-Lopez in the above-mentioned matter. I wish to inform you that we have reached a settlement in this matter and are finalizing the paperwork to accomplish that. Pursuant to my office's communication with Mary E. Mahon Esq., who is representing the Defendants in this matter, we are requesting that this matter scheduled for conference on November 12, 2024 be adjourned for 45 days so that we can complete the settlement.

Thank you for your kind consideration with regard to this matter.

Respectfully yours,

JOHN L. MACCARONE

JLM/rab
Cc: Mary E. Mahon Esq.-Nassau County Attorney's Office